UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL K. TAWWAAB, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-1894 (RMU) |
| : | |
| VIRGINIA LINEN SERVICE, INC., *et al.*, : | Dkt. Nos. 3-4 |
| : | |
| Defendants. : | |

**TRANSFER ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the defendants' motion to dismiss or for summary judgment [Dkt. #3-4] for improper venue and untimeliness is DENIED, and the motion is DENIED WITHOUT PREJUDICE in all other respects; and it is

FURTHER ORDERED that this civil action is TRANSFERRED to the United States District Court for the District of Maryland.

SO ORDERED.

RICARDO M. URBINA
United States District Judge

DATE: February 1, 2009