# UNITED STATES DISTRICT COURT
**OFFICE OF THE CLERK**
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Jeffrey E. Risberg, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

March 6, 2009

Abdul K. Tawwaab
425 2nd Street, NW
Washington, DC 20001

    RE:    Tawwaab v Virginia Linen Services, et al
             AW-09-553

Dear Counsel:

The above-captioned case has been transferred from the U.S. District Court for the District of Columbia and assigned the case number above. The case: [ XX] is [  ] is not subject to this Court's electronic filing requirements and procedures. Our records show that:

[  ]    You are not a member in good standing of our bar. Your appearance has <u>not</u> been entered in this case and the Court will <u>not</u> send you copies of orders and other documents. Within ten (10) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance. For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: www.mdd.uscourts.gov. If you were previously a member and have a question concerning your status, please contact our attorney admissions specialist, Catherine Scaffidi, at (410) 962-3293. Once you have been admitted, you **should** register to use CM/ECF.

[ X ]    One or more of the parties in this case is not represented by counsel ("*pro se*"). *Pro se* parties are to file and serve documents in paper format. The court will scan and electronically file any documents submitted by a *pro se* party unless a particular document is exempt from electronic filing. The scanned document shall constitute the official court record. The court will mail paper copies of any orders or other documents entered by the court to any *pro se* party. Counsel shall file electronically with the court and serve paper copies of all documents on any *pro se* party. Documents filed electronically must include a certificate of service stating when and how a paper copy was served on any *pro se* party.

                                          Sincerely yours,
                                          /s/
                                          Edith Tate, Deputy Clerk

cc:    Counsel/parties

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**