# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

May 26, 2009

*VIA ECF and First Class Mail*

The Honorable Alexander Williams
United States District Court
District of Maryland, Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Abdul K. Tawwaab v. Virginia Linen Services, et al.*, Civ. Action No. AW-09-533

Dear Judge Williams:

Covington & Burling LLP, along with the Washington Lawyers' Committee for Civil Rights and Urban Affairs, represent plaintiff Abdul Tawwaab in the above referenced matter. As required by the Scheduling Order entered on March 25, 2009, counsel for all parties have conferred on the issues outlined below and jointly submit this report.

I. **Early Settlement**

The parties do not request an early settlement or ADR conference.

II. **Magistrate Judge**

There is not unanimous consent to proceed before a United States Magistrate Judge.

III. **Discovery of Electronically Stored Information**

During a meet-and-confer on discovery issues, defendants' counsel requested a two week extension to obtain information about defendants' electronic systems. Plaintiff's counsel consented to the extension. After defendants' counsel is apprised of the nature and details of his clients' electronic systems, the parties will confer regarding discovery of electronically stored information and submit a report to the Court.

COVINGTON & BURLING LLP

**IV.    Request for Status Conference**

       The parties request a status conference to discuss other discovery issues and case developments.

                                     Respectfully Submitted,

                                     /s/ Anthony Herman
                                     Anthony Herman (Maryland Bar No. 22939)
                                     COVINGTON & BURLING LLP
                                     1201 Pennsylvania Ave., NW
                                     Washington, DC  20004-2401
                                     Phone: (202) 662-5280
                                     Fax:    (202) 778-5280
                                     e-mail:  aherman@cov.com

                                   Susan Huhta (Maryland Bar No. 14547)
                                   WASHINGTON LAWYERS' COMMITTEE FOR
                                   CIVIL RIGHTS & URBAN AFFAIRS
                                   11 Dupont Circle, NW, Suite 400
                                   Washington, DC 20036
                                   Phone: (202) 319-1000
                                   Fax:    (202) 319-1010
                                   e-mail:  susan_huhta@washlaw.org

                                   *ATTORNEYS FOR PLAINTIFF*
                                   *ABDUL K. TAWWAAB*

                                   Scott V. Kamins
                                   OFFIT KURMAN
                                   8 Park Center Court
                                   Suite 200
                                   Owings Mills, MD 21117
                                   Phone: (301) 575- 0347
                                   e-mail:  skamins@offitkurman.com

                                   *ATTORNEY FOR DEFENDANTS*

Dated: May 26, 2009