# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

May 26, 2009

*VIA ECF and First Class Mail*

The Honorable Alexander Williams
United States District Court
District of Maryland, Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Abdul K. Tawwaab v. Virginia Linen Services, et al., Civ. Action No. AW-09-533*

Dear Judge Williams:

      Covington & Burling LLP, along with the Washington Lawyers' Committee for Civil Rights and Urban Affairs, represent plaintiff Abdul Tawwaab in the above referenced matter. Pursuant to the Scheduling Order entered on March 25, 2009 (dkt. 15 at 4), plaintiff respectfully requests that the Court modify the Scheduling Order to allow for an additional 35 deposition hours beyond the 25 hours provided for in the Order for the reasons stated below.

      Although plaintiff's counsel has not received documents or other discovery from defendants and therefore cannot predict the precise number of depositions necessary, plaintiff's counsel anticipates that they will need to depose -- at a minimum -- each of the three defendants (including Virginia Linen Services pursuant to Federal Rule of Civil Procedure 30(b)(6)), several company witnesses with knowledge of the claims or defenses asserted in this case, and third parties involved in or witnessing the events that occurred at Wakefield Valley Country Club. These depositions alone could easily exceed the 25 hours provided for in the Scheduling Order.

      In addition, it has come to the attention of plaintiff's counsel that another individual, Mr. Kenneth Carter, suffered racial discrimination while employed by defendants. Mr. Carter's claims for discrimination present issues of law and fact common to plaintiff's claims, and, accordingly, plaintiff intends to file a motion to amend the First Amended Complaint to add Mr. Carter as a plaintiff. Plaintiff anticipates that such an amendment, which, among other things, alleges facts demonstrating a pattern or practice of race discrimination by defendants, will

COVINGTON & BURLING LLP

require additional depositions and discovery. Plaintiff will file a motion to amend the Complaint within a week.

      For these reasons, plaintiff's counsel request that they be permitted to conduct 60 hours of depositions. Plaintiff's counsel sought consent from defendants' counsel regarding additional deposition hours and defendants' counsel declined to consent.

      Respectfully Submitted,

/s/ Anthony Herman
Anthony Herman (Maryland Bar No. 22939)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004-2401
Phone: (202) 662-5280
Fax:    (202) 778-5280
e-mail:  aherman@cov.com

Susan Huhta (Maryland Bar No. 14547)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
Phone: (202) 319-1000
Fax:    (202) 319-1010
e-mail:  susan_huhta@washlaw.org

*ATTORNEYS FOR PLAINTIFF
ABDUL K. TAWWAAB*

cc:     Scott V. Kamins, Esq.