# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ABDUL K. TAWWAAB, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AW-09-0553 |
| VIRGINIA LINEN SERVICES, et al, | * | |
| Defendant. | ******** | |

## ORDER

On Thursday, June 4, 2009, the Court held a brief status conference with the parties to discuss the Motion for Leave to Amend the Complaint as well as some discovery issues raised by the Plaintiff. For the reasons stated during the status conference, the Plaintiff's Motion to Amend the Complaint (Paper No. 24) is hereby **granted.**

With regard to deposition hours, each side shall be limited to **50 hours** of depositions of fact witnesses (including parties). The parties shall work together to propose a revised scheduling order to the Court within **10 (ten) days** of the entry of this Order.

So ordered.

/s/
Alexander Williams, Jr.
United States District Court Judge