UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABDUL K. TAWWAAB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 8:09-cv-00553 (AW) |
| VIRGINIA LINEN SERVICE, INC., ET AL., | ) ) ) ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File a Second Amended Complaint and to Join an Additional Plaintiff, it is hereby

ORDERED that the Motion for Leave to File a Second Amended Complaint and to Join an Additional Plaintiff is GRANTED.

_____
Alexander Williams, Jr.
United States District Court Judge

Dated: 7/1/09