# COVINGTON & BURLING LLP

| | |
|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON |

July 2, 2009

*VIA ECF and First Class Mail*

The Honorable Alexander Williams
United States District Court
District of Maryland, Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Abdul K. Tawwaab, et al. v. Virginia Linen Services, et al., Civ. Action No. 09-553*

Dear Judge Williams:

  Covington & Burling LLP, along with the Washington Lawyers' Committee for Civil Rights and Urban Affairs, represent plaintiffs Abdul Tawwaab and Kenneth Carter in the above referenced matter. As requested by the Court in the June 4, 2009 teleconference, counsel for all parties have conferred on the schedule in this case and jointly request that the Court modify its Scheduling Order as follows:

- Discovery shall be concluded by and a status report submitted to the Court on December 1, 2009.

- The deadline for dispositive pre-trial motions shall be January 15, 2009.

  We are available to discuss this or any other issue at the Court's convenience.

            Respectfully Submitted,

            /s/ Anthony Herman
            Anthony Herman (Maryland Bar No. 22939)
            COVINGTON & BURLING LLP
            1201 Pennsylvania Ave., NW

COVINGTON & BURLING LLP

Washington, DC  20004-2401
Phone: (202) 662-5280
Fax:    (202) 778-5280
e-mail:  aherman@cov.com

Susan Huhta (Maryland Bar No. 14547)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
Phone: (202) 319-1000
Fax:    (202) 319-1010
e-mail:  susan_huhta@washlaw.org

*ATTORNEYS FOR PLAINTIFFS*


Scott V. Kamins
OFFIT KURMAN
Howard County Office
8171 Maple Lawn Boulevard
Suite 200
Maple Lawn, MD 20759
Phone: (443) 738-1500
e-mail: skamins@offitkurman.com

*ATTORNEY FOR DEFENDANTS*