IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Abdul K. Tawwaab, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 8:09-cv-00553 (AW) |
| | ) |
| Virginia Linen Services, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Anthony Herman, am a member in good standing of the bar of this Court. My bar number is #22939. I am moving the admission of Skye Lynn Perryman to appear *pro hac vice* in this case as counsel for plaintiffs Abdul Tawwaab and Kenneth Carter.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas (11/02/2007) #24060411 | |
| DC Bar (11/07/2008) #984573 | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. Other than the event described in the attached affidavit, the proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Anthony Herman | /s/ Skye Perryman |
| Signature | Signature |
| Anthony Herman | Skye Lynn Perryman |
| Printed Name | Printed Name |
| Covington & Burling LLP | Covington & Burling LLP |
| Firm | Firm |
| 1201 Pennsylvania Avenue, N.W. Washington, D.C. 20004 | 1201 Pennsylvania Avenue, N.W. Washington, D.C. 20004 |
| Address | Address |
| (202) 662-5280 | (202) 662-5675 |
| Telephone Number | Telephone Number |
| (202) 778-5280 | (202) 778-5675 |
| Fax Number | Fax Number |
| aherman@cov.com | sperryman@cov.com |
| Email Address | Email Address |

## Affidavit of Skye Lynn Perryman

I was suspended by the Bar of Texas from 09/02/2008 to 09/03/2008 for late payment of dues.

*Skye Perryman*
Skye Lynn Perryman

Dated: August 5 2009

District of Columbia: SS
Subscribed and Sworn to before me, in my presence this 6st day of August, 2009
Notary Public, D.C
My commission expires 1/14/2010

**MARIA P. CHAVEZ**
Notary Public, District of Columbia
My Commission Expires January 14, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2008, a copy of the Motion for Admission Pro Hac Vice was sent, first-class mail, to:

> Scott V. Kamins, Esq.
> Offit Kurman
> Howard County Office
> 8171 Maple Lawn Boulevard
> Suite 200
> Maple Lawn, MD 20759

_____
Skye Lynn Perryman