# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| ABDUL K. TAWWAAB ) | |
|     and ) | |
| KENNETH E. CARTER ) | Civil 8:09-cv-00553-AW |
|     Plaintiffs, ) | |
| v. ) | |
| VIRGINIA LINEN SERVICE, INC. ) | |
|     and ) | |
| LEE GWALTNEY ) | |
|     and ) | |
| CHARLES MILLER ) | |
|     Defendants. ) | |

## JOINT MOTION TO EXTEND FILING DEADLINES

Plaintiffs Abdul K. Tawwaab and Kenneth E. Carter and Defendants Virginia Linen Service, Inc., Lee Gwaltney, and Charles Miller, by their undersigned counsel, hereby jointly move to extend the filing deadlines for the opposition to and reply in support of Defendants' Motion For Summary Judgment in the above-referenced case, and in support thereof state the following:

1. Defendants filed their Motion For Summary Judgment (Paper No. 52) on January 28, 2010. The motion is fifty pages long, and includes numerous exhibits.

2. Plaintiffs' opposition to the motion is presently due on February 16, 2010.

3. Due to the voluminous factual record in this case, on February 2, 2010, plaintiffs' counsel contacted counsel for defendants and requested that the deadline for plaintiffs' opposition be extended to March 2, 2010.

4. Defendants' counsel agreed, provided that the deadline for their reply would be similarly extended.

5. Therefore, the parties jointly request that plaintiffs be permitted to file their opposition to defendants' motion on or before **March 2, 2010,** and that defendants be permitted to file their reply on or before **March 31, 2010.**

DATED this 2nd day of February, 2010.

Respectfully submitted,

/s/ Courtney R. Forrest
Courtney R. Forrest (D. Md. Bar No. 28963)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004-2401
Phone: (202) 662-5252
Fax:    (202) 778-5252
e-mail:  cforrest@cov.com

/s/ Scott Kamins
Scott v. Kamins, Fed. Bar No. 22591
Offit Kurman
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
(301) 575-0347 (phone)
(301) 575-0335 (facsimile)
skamins@offitkurman.com