**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**ALEXANDER WILLIAMS, JR.**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MD 20770**<br>**(301) 344-0637**<br>**FAX (301) 344-0672** |

August 1, 2011

**AMENDED** MEMO TO COUNSEL RE:   ABDUL K. TAWWAAB
                                  v.
                                  VIRGINIA LINEN SERVICES, ET AL.
                                  (AW-09-553)

Dear Counsel:

The six day jury trial previously scheduled for November 8, 2011 has been postponed. The trial date is now **January 31, 2012** at 9:45 a.m. in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A.   The pre-trial conference is scheduled for January 11, 2012 at 9:30 a.m. in chambers, Suite 445A.  The pre-trial order is due in chambers on January 24, 2012.  The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                            Sincerely,


                                            _____/s/_____
                                            Alexander Williams, Jr.
                                            United States District Judge